Ron PARRISH & Rose Parrish *v.* STATE of Arkansas

CR 93-458                                          870 S.W.2d 394

Supreme Court of Arkansas
Opinion delivered February 7, 1994

*Jon A. Williams*, for appellant.

No response.

Per Curiam. Appellants, Ron Parrish and Rose Parrish, by their attorney, have filed for a rule on the clerk.

Their attorney, Jon A. Williams admits that the failure to file the record in time was due to a mistake on his part.

██ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964. A copy of this opinion will be forwarded to the Committee on Professional Conduct.